AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Russel Goodman

CASE NUMBER: 08 C 481

V.

ASSIGNED JUDGE: Judge Guzman

Chicago Police Officers V.C. Vaccaro, Star # 9267, J. Hatzel, Star # 11766, John Doe and Peter Poe, the City of Chicago, CTA Agent Gwendolyn Beals, and the Chicago Transit Authority

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Ashman

TO: (Name and address of Defendant)

Chicago Police Officer V.C. Vaccaro, Star # 9267
3500 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

-----------------------------------
(By) DEPUTY CLERK

**January 28, 2008**

-----------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 3.19.08 |
| NAME OF SERVER (PRINT) BRAD THOMSON | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Miss Martin of CPD Legal Dept. at 3500 S. Michigan

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3.19.08
Date

Signature of Server

1180 N. Milwaukee Ave.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.