IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN | ) | |
| Plaintiff, | ) ) ) | No. 08 cv 481 |
| | ) ) | JUDGE RONALD A.. GUZMAN |
| v. | ) ) | |
| Chicago Police Officers V.C. VACCARO Star # 9267, J. HATZEL, Star #11766, JOHN DOE and PETER POE, CITY OF CHICAGO, CTA agent GWENDOLYN BEALS, and the CHICAGO TRANSIT AUTHORITY, | ) ) ) ) ) ) ) ) | Magistrate Judge Ashman

Jury Demand |
| Defendants. | ) | |

NOTICE OF FILING

To:  John L. Stainthorp
     Joey L. Mogul
     People's Law Office
      1180 North Milwaukee Ave.
      Chicago, Illinois 60622

PLEASE TAKE NOTICE that defendant Chicago Transit Authority ("CTA"), and by its attorneys, has this day filed with the Clerk of the United States District Court for the Northern District of Illinois its Appearance, a copy of which is attached.


Dated:  March 20, 2008                    Respectfully submitted,

                                          KAREN ROWAN
                                          General Counsel
                                          Chicago Transit Authority


(312) 681-3110
Attorney No.6195362              By:___/s/_____
Chicago Transit Authority               Barbara Smith
567 West Lake St.                       Managing Attorney
Chicago, Illinois 60661

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing and Appearance, copies of which are attached, to be electronically filed and disseminated, and to be sent by mail to the persons named in the Notice.

Dated:  March 20, 2008                Signed:


                                               __/s/_____
                                               Barbara Smith
                                               Managing Attorney
                                               Chicago Transit Authority