AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Russel Goodman

V.

Chicago Police Officers V.C. Vaccaro, Star # 9267, J. Hatzel, Star # 11766, John Doe and Peter Poe, the City of Chicago, CTA Agent Gwendolyn Beals, and the Chicago Transit Authority

CASE NUMBER: 08 C 481

ASSIGNED JUDGE: Judge Guzman

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Ashman

TO: (Name and address of Defendant)

City of Chicago
121 N. LaSalle St.
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

------------------------------
(By) DEPUTY CLERK



January 28, 2008
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3.12.08 |
| NAME OF SERVER (PRINT)<br>BRAD THOMSON | TITLE<br>PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Bernadine Gabrysiak, clerk for City of Chicago at 121 N. LaSalle St.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3.12.08
             Date

Signature of Server: Brad Thomson

Address of Server: 1180 N. Milwaukee Ave.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.