UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Russell Goodman
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−00481
                                                            Honorable Ronald A. Guzman
V.C. Vaccaro, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

       MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/4/2008. Defendant Officers to answer or otherwise plead on or before 4/25/08. Amended pleadings and joinder of parties due by 6/3/2008.Fact discovery ordered closed by 8/4/2008. Status hearing set for 8/6/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.