IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 481 |
| | ) | |
| | ) | JUDGE RONALD A.. GUZMAN |
| v. | ) | |
| | ) | |
| Chicago Police Officers V.C. VACCARO Star # 9267, J. HATZEL, Star #11766, JOHN DOE and PETER POE, CITY OF CHICAGO, CTA agent GWENDOLYN BEALS, and the CHICAGO TRANSIT AUTHORITY, | ) ) ) ) ) ) | Magistrate Judge Ashman

Jury Demand |
| | ) | |
| Defendants. | ) | |

### CTA DEFENDANTS' NOTICE OF FILING AND OF MOTION

To:  John L. Stainthorp                     Timothy Swabb
     Joey L. Mogul                          City of Chicago
     People's Law Office                    30 N. LaSalle St., Ste. 1020
     1180 North Milwaukee Ave.              Chicago, Illinois 60602
     Chicago, Illinois 60622

PLEASE TAKE NOTICE that defendants Chicago Transit Authority ("CTA") and Gwendolyn Beals, by their attorney, has this day filed with the Clerk of the United States District Court for the Northern District of Illinois Motion to Dismiss and supporting memorandum, copies of which are attached.

PLEASE TAKE FURTHER NOTICE that the CTA Defendants, by their attorney, will appear and present their motion before the Honorable Judge Ronald A. Guzman, presiding in his usual courtroom 1219, United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois at 9:30 a.m. on Tuesday April 22, 2008.


Dated:  April 15, 2008              Respectfully submitted,

                                    KAREN ROWAN
                                    General Counsel
                                    Chicago Transit Authority


(312) 681-3110
Attorney No.6195362                 By:___/s/_____
Chicago Transit Authority                 Barbara Smith
567 West Lake St.                         Managing Attorney
Chicago, Illinois 60661

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing and of Motion, Motion to Dismiss For Failure to State a Claim for Which Relief Can be Granted, and Memorandum in Support of Combined Motions to Dismiss by Defendants Chicago Transit Authority and Gwendolyn Beals, copies of which are attached, to be electronically filed and disseminated, and to be sent by mail to the persons named in the Notice.

Dated:  April 15, 2008                              Signed:


                                                    __/s/_____
                                                    Barbara Smith
                                                    Managing Attorney
                                                    Chicago Transit Authority