# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

John L. Stainthorp extension:
(773) 235 0070 x 120

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

September 4, 2007

## NOTICE OF CLAIM

Secretary of the CTA Board
P.O. Box 7567,
Chicago, IL 60680-7567.
Email: GLonghini@transitchicago.com

General Counsel for the Chicago Transit Authority
Karen Rowan
P.O. Box 7564
Chicago, IL 60680-7564

    Please take notice that John L. Stainthorp and Joey Mogul of People's Law office hereby file a Notice of Claim on behalf of Russell O. Goodman, 206 S. 42nd Street, Apt. #1 Philadelphia, PA 19104 in relation to an incident that occurred on March 27 at approximately 6:00 pm at the Belmont Red Line Station in the vicinity of the entrance turnstile. As a result of this incident claimant was treated at Thorek Hospital by various attending physicians including Dr. Douglas Foulke, M.D and a doctor identified in police reports as Dr. Ronke. This claim includes a claim for personal injuries sustained when the claimant was not allowed to enter the station to board a train even after paying his correct fare, and a claim for false arrest relating to the theft of services charge filed against him by CTA employees in concert with Chicago Police Department officers.

                                  Yours Truly,

                              *[signature]*

                        John L. Stainthorp, Joey Mogul

601 MBE