IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN | ) | |
| Plaintiff, | ) | No. 08 cv 481 |
| | ) | JUDGE RONALD A. GUZMAN |
| v. | ) | |
| Chicago Police Officers V.C. VACCARO Star # 9267, J. HATZEL, Star #11766, JOHN DOE and PETER POE, CITY OF CHICAGO, CTA agent GWENDOLYN BEALS, and the CHICAGO TRANSIT AUTHORITY, | ) | Magistrate Judge Ashman |
| | ) | Jury Demand |
| Defendants. | ) | |

## CTA DEFENDANTS' NOTICE OF FILING AND OF MOTION

To: John L. Stainthorp  
    Joey L. Mogul  
    People's Law Office  
    1180 North Milwaukee Ave.  
    Chicago, Illinois 60622

Timothy Swabb  
City of Chicago  
30 N. LaSalle St., Ste. 1020  
Chicago, Illinois 60602

PLEASE TAKE NOTICE that defendants Chicago Transit Authority ("CTA") and Gwendolyn Beals, by their attorney, has this day filed with the Clerk of the United States District Court for the Northern District of Illinois Motion to Dismiss and supporting memorandum, copies of which are attached.

PLEASE TAKE FURTHER NOTICE that the CTA Defendants, by their attorney, will appear and present their motion before the Honorable Judge Ronald A. Guzman, presiding in his usual courtroom 1219, United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois at 9:30 a.m. on Tuesday April 22, 2008.

Dated: April 15, 2008          Respectfully submitted,

                                  KAREN ROWAN  
                                  General Counsel  
                                  Chicago Transit Authority

(312) 681-3110  
Attorney No.6195362            By:___/s/_____  
Chicago Transit Authority                  Barbara Smith  
567 West Lake St.                              Managing Attorney  
Chicago, Illinois 60661

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing and of Motion, Motion to Dismiss For Failure to State a Claim for Which Relief Can be Granted, and Memorandum in Support of Combined Motions to Dismiss by Defendants Chicago Transit Authority and Gwendolyn Beals, copies of which are attached, to be electronically filed and disseminated, and to be sent by mail to the persons named in the Notice.

Dated:  April 15, 2008                         Signed:


                                               __/s/_____
                                               Barbara Smith
                                               Managing Attorney
                                               Chicago Transit Authority