## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Russell Goodman
        Plaintiff,

v.               Case No.: 1:08–cv–00481
               Honorable Ronald A. Guzman

V.C. Vaccaro, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

   MINUTE entry before Judge Honorable Ronald A. Guzman:Set deadlines as to motion by Defendant Gwendolyn Beals to dismiss and by Chicago Transit Authority [17] : Response due by 5/12/2008. Reply due by 5/27/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.