# EXHIBIT A

# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

John L. Stainthorp extension:
(773) 235 0070 x 120

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

September 19, 2007

Benny Cabrera
Chicago Transit Authority
567 W. lake Street
Chicago, IL 60661-1498

Re: File No. 1683-07, Russell O. Goodman

Dear Mr. Cabrera,

Thank you for your letter acknowledging this notice of claim. While I do not agree that the claim is in any way incomplete, I am attaching a description of the incident. I do not yet have medical reports, but have a request outstanding to Thorek Hospital, and we will be happy to assist you by signing a medical release if you want to independently secure the medical records. I do not yet have my clients' medical bills, but will provide these to you as soon as I receive them.

Please let me know if you need any further information from me or my client.

Yours Truly,

John L. Stainthorp

Re: File No. 1683-07, Russell O. Goodman

After visiting a friend in Chicago, Russell Goodman and his brother, Myles Goodman, who were on their way to catch the Amtrak train to Philadelphia, entered the Belmont Redline station at approximately 6:00 pm on March 27, 2007. Mr. Russell Goodman added $4.00 value to a CTA card using an automated machine. His brother then used the card to enter the gate/turnstile. Mr. Russell Goodman then took the card and attempted to use it for entry, but the machine would not let him through. He tried again but with no success. Eventually, Gwen (last name unknown), a CTA employee, came over and tried the card to no avail. She told Mr. Goodman he was "between transfers." Mr. Goodman did not understand, so she took his card and used the automated machine to verify the card information. Gwen and Mr. Goodman read the digital display on the machine which stated: "0 transfers, $3.75".

Gwen told Mr. Goodman that he would have to wait 20 minutes or purchase a new card. Mr. Goodman told her that he could not wait 20 minutes because he and his brother would miss their Amtrak train to Philadelphia. He also told her that he could not purchase a new card because he used the last of his single dollar bills; getting more would require a trip to a bank or ATM, causing him to miss the train. He asked the employee if he or she could transfer the value of the card to a new card but she said no, that he must buy a new card.

Having paid his fare and with his brother waiting on the other side of the turnstiles, Mr. Goodman then attempted to climb over the turnstile. When he placed his weight on the bar and leant forward, the bar flipped backwards and Mr. Goodman fell forward landing on his face.

As Mr. Goodman got up he discovered that he was bleeding profusely from his mouth and the right side of his face and that several teeth had been knocked out. The CTA employee ignored Myles Goodman's requests that she summon medical attention and instead stated that she was going to call the police. Myles Goodman pointed out to her that Mr. Goodman was obviously not trying to steal since they paid the fare and weren't stealing anything.

When officers arrived about 5-10 minutes later the CTA employee falsely told the police that Mr. Goodman attempted to enter without paying a fare, although she knew that he had in fact paid the fare and that it was only because the automated fare system malfunctioned that he was unable to enter the station in the conventional manner. Although the Chicago police officers had a duty to investigate the CTA employee's allegation further, and listen to the true story of the affair which the Goodmans were trying to relay to them, they failed to do so, and falsely arrested Mr. Goodman.

The claim against the CTA includes the injuries suffered by Mr. Goodman when he was forced by the CTA employee to climb the turnstile after he had paid his fare, even though the CTA employee had the ability to allow him through the turnstile, her failure to call for medical attention, and her actions in causing the arrest of Mr. Goodman.

John L. Stainthorp