**EXHIBIT B**

Case 1:08-cv-00481   Document 22-3   Filed 05/09/2008   Page 1 of 10

# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com
John L. Stainthorp extension:
(773) 235 0070 x 120

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

September 27, 2007

Benny Cabrera
Chicago Transit Authority
567 W. lake Street
Chicago, IL 60661-1498

Re: File No. 1683-07, Russell O. Goodman

Dear Mr. Cabrera,

Enclosed please find various bills in relation to this claim.

Yours Truly,

John L. Stainthorp

City Of Chicago Ems
33589 Treasury Ctr
Chicago, IL 60694

T13793158
Return Service Requested

June 13, 2007

**City Of Chicago Ems**
Toll Free Main 877-987-2083

# AMBULANCE BILL

Russell Goodman                    00663249
6514 Wynnwood Ln
Houston, TX  77008-5138

Date of Service: 03-27-2007

As a result of a 911 call, the City of Chicago EMS transported you on the above service date. We have not obtained insurance information from Thorek. If you have insurance Or participate in any program which will pay for these services, please complete and sign the reverse side of this bill and return in the enclosed envelope. If you do not have insurance, please call 877-987-2083 to set up a payment plan. The amount due is your responsibility.

### STATEMENT OF ACCOUNT

| Date | Description | Amount |
|---|---|---|
| 03-27-2007 | Ambulance Services | 341.00 |
| 06-12-2007 | Payment To Ems - Primary Insurance | 152.80 |

**AMOUNT DUE**    $188.20
**DUE DATE**     06-28-2007

------------------------------Detach and Return------------------------------

To Pay by Master Card®, Visa®, Please complete the following:
Card Number                                                Expiration Date

☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐          ☐☐ / ☐☐

X_____   _____
Signature authorizing payment according to terms of your card issuer agreement.   Date

Amount Due       $ 188.20
Payment Amount   $
Due Date         07-13-2007

Please make checks payable to:
City Of Chicago Ems

City Of Chicago Ems
33589 Treasury Ctr
Chicago, IL  60694-3500

ACCOUNT# 00663249

CHIINV1 000436P 1 203 000430 164 102055 S-CRE

Emergency Physician's Office
PO Box 60439
Ft. Myers, FL 33906-6439

**NOT A REMIT ADDRESS**

TAX ID NUMBER: 38-3380442

347 01
RUSSELL GOODMAN
6514 WINNWOOD LANE
HOUSTON TX 77008

CXSTM

| | | IF PAYING BY CREDIT CARD, FILL OUT BELOW | |
|---|---|---|---|
| ☐ MASTERCARD | ☐ VISA | ☐ AMERICAN EXPRESS | ☐ DISCOVER |
| CARD NUMBER | | EXP. DATE | Security Code |
| SIGNATURE | | AMOUNT | |
| GROUP NUMBER | | ACCOUNT NUMBER | |
| 120001 | | 110791 | |
| STATEMENT DATE | PAY THIS AMOUNT | SHOW AMOUNT PAID | |
| 05/05/07 | $235.00 | | |

Make checks payable and send to:
**CHICAGO EMER PHYS LLP**
75 REMITT. DR #1351
CHICAGO IL 60675 1351

  

Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side.

Please detach and return the top portion with your payment.

---

If you have any questions please contact us at (800) 700-9078 or apollobilling@eci-med.com    1 of 1

| DATE | PROVIDER | TRANS CODE | DESCRIPTION | CHARGES/ DEBITS | PAYMENTS/ CREDITS | BALANCE INFORMATION |
|---|---|---|---|---|---|---|
| ***PATIENT NAME - RUSSELL GOODMAN 110791 | | | | | | |
| 03/27/07 | FOULKE,DOUGLAS | 99283 | EMERGENCY DEPT VISIT | 235.00 | | |
| | | | ACCOUNT BALANCE | | | 235.00 |

Please make check payable to Chicago Emergency Physicians, LLP.
Payment may be made by check, money order, or major credit card. This
bill is for the Physician services-not for the hospital charges.
Notice: If you have already paid this bill, please disregard this
statement. Thank you.
You can email your insurance information or billing questions to
apollobilling@eci-med.com or call 1-800-700-9078.

Payment may be made by check (by phone or mail), money order, or
credit card. If paying with a check by mail, please write the account
number on your check. We would appreciate your prompt attention to
this statement. Please contact our office if you do not agree with
the balance due.

| CHICAGO EMER PHYS LLP | STATEMENT DATE | ACCOUNT BALANCE | PENDING INSURANCE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| | 05/05/07 | 235.00 | 0.00 | $235.00 |

153778552 394096-15 347

**GO WAITING**     PROMISED: 02:40p
03-30-2007                      03-30-2007
                                                    # Scripts: 01

CVS/pharmacy #0460  Ph:215.662-1333     CUSTOMER RECEIPT

3401 WALNUT ST
PHILADELPHIA, PA
19104-6090

GOODMAN, RUSSELL
206 S 42ND STREET 1F, PHILADELPHIA, PA 19104-0000
Ph:832.754-1657    DOB:10-29-1984       Date:03-30-2007   Days:0
AMOXICILLIN 250 MG CAPSULE TEV       Rx: 513049 00
TEVA USA
TAKE 2 CAPSULES BY MOUTH 1ST DOSE THEREAFTER 1    INS: 0.00
CAPSULE 4 TIMES A DAY UNTIL FINISHED
NDC:00093-3107-05  Days Supply: 10  Refills: 0  Qty:40  CA
Prscbr: PATEL, JAGADISHVER M               PAY: $10.00
TP: 8310   GG:                                     Caps:Y
AUTH#30000534677804         AETNA                  Counsl:N

---

Please note that an important notice related to privacy of your personal healthcare information has been printed on the reverse of this receipt. Please review the provided information carefully.

CVS/pharmacy requests that you acknowledge receipt of this notice by signing the store's acknowledgement log or you may sign the coupon below and mail to the CVS Privacy Office at the address set forth on the Notice.

If you have any questions or concerns please feel free to contact the CVS Privacy Office in writing or by calling **1-800-287-2414**.

**CVS/pharmacy**

---

Acknowledgement

I _____ _____ (printed name)
have received CVS's Notice of Privacy Practices.

Signature: _____

Date: _____

Please detach and return this Acknowledgement to your local CVS/pharmacy or to the address specified on the Notice.

**CVS/pharmacy**

We want you to know℠





RUSSELL GOODMAN                                                             September 24, 2007
Claim Details

### Claim Selected

**Member Name:** RUSSELL GOODMAN  
**Status:** Completed  
**Date of Service:** 08/26/2007  
**Drug Name:** SERTRALINE TAB 50MG  
**Days Supply:** 30  
Questions about this claim? Send a Message  

**Date of Birth:** 10/29/1984  
**Prescription Type:** Generic  
**Prescription Cost:** $15.75  
**Serviced By:** CVS PHARMACY  
**Prescription Number:** RX0343926  

### Claim Detail

| Charges Submitted | Aetna's Agreed Pricing | Your Plan Paid | Not Paid | Your Deductible | Your Copay/Coinsurance |
|---|---|---|---|---|---|
| $84.96 | $15.75 | $5.75 | $0.00 | $0.00 | $10.00 |

**You Pay Out of Pocket:** $10.00

Copyright 2001-2007 Aetna Inc.
Copyright Aetna Inc.
   Home | Contact Member Services | Web Privacy Statement | Legal Statement | Privacy Notices | Member Disclosure | Special Needs

We want you to know℠



Aetna®

The Chickering Group℠
An Aetna Company

RUSSELL GOODMAN
Medical Claim Details

September 24, 2007

FAQs

### Claim Selected

**Member Name:** RUSSELL GOODMAN
**Status:** Completed
Questions about this claim? Send a Message
**Total Charges Submitted:** $275.00
Submitted Charge Part 1: $275.00 - Completed

**Type:** Medical

**You Pay Out of Pocket:** $40.50
View/Print this Claim Explanation of Benefits

**Date of Birth:** 10/29/1984
**Date(s) of Service:** 08/25/2007 - 08/25/2007
**Total Paid:** $94.50

### Submitted Charge - Part 1

**Date of Services:** 08/25/2007 - 08/25/2007
**Status:** Completed
**Health Care Professional:** Richard Wayne Cohen

| Date of Service/Service Provided | Charges Submitted | Charges at Aetna's Agreed Pricing | Your Plan Paid | Not Paid | Your Deductible | Your Copay | Your Responsibility | |
|---|---|---|---|---|---|---|---|---|
| 08/25/2007 Office Visit | $275.00 | $135.00 | $94.50 | $0.00 | $0.00 | $0.00 | $40.50 | Y |
| Total | $275.00 | $135.00 | $94.50 | $0.00 | $0.00 | $0.00 | $40.50 | |

**Your Responsibility:** $40.50

Copyright 2001-2007 Aetna Inc.
Copyright Aetna Inc.
  Home | Contact Member Services | Web Privacy Statement | Legal Statement | Privacy Notices | Member Disclosure | Special Needs



Jefferson

Jefferson Associates in Radiology

## TIME OF SERVICE PAYMENT

DATE OF SERVICE: 7-31-07    PROCEDURE: CT Dental Scan

PATIENT: Russell Goodman    MRN: ___

REF PHY: Oscar Gonzalez

Total Fee   Global   TC    $ 400.00

Prepon___

Adjusted Fee

Paid at Time of Service   $ 400.00

Balance Due   $ 0

Date of ___: 7-31-07   Approved by: ___

Payment Received by: Jasmin Zuber

Patient Signature: Russell Goodman   Date: 7-31-07

This payment is made for today's date of service only for the procedure(s) shown above. Any future fees will require new arrangements. Payment arrangements relating to any professional services may need to be handled separately.

**University of Pennsylvania**

**Dental Care Network**

220 South 40th Street, Suite 201F
Philadelphia, PA 19104
FORWARDING SERVICE REQUESTED          6636
Phone: (610) 520-4544

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 08/05/2007 | 427.00 | E52111 |

SHOW AMOUNT PAID HERE  $

RUSSELL O GOODMAN
206 S. 42ND ST.
APT. 1F
PHILADELPHIA, PA 19104-3557

DENTAL CARE NETWORK
220 South 40th Street, Suite 201F
Philadelphia, PA 19104

[ ] Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION | PATIENT | CHARGES | CREDITS |
|---|---|---|---|---|
| 07/01/2007 | Balance Forward | | 62.00 | |
| 07/13/2007 | Resin-4 + w/incis angle-anterior | Russell | 95.00 | |
| 07/13/2007 | Extraction Erupted Tooth/roots | Russell | 60.00 | |
| 07/13/2007 | Extraction Erupted Tooth/roots | Russell | 60.00 | |
| * 04/03/2007 | Intraoral-periapical-1st film | Russell | 10.00 | |
| * 04/03/2007 | Limited (emerg) oral evaluation | Russell | 30.00 | |
| * 04/04/2007 | Extraction Erupted Tooth/roots | Russell | 60.00 | |
| * 04/18/2007 | Consultation-per session | Russell | 50.00 | |

\* Indicates that insurance has been billed for the procedure.
ACCOUNTS OVER 90 DAYS ARE SUBJECT TO REFERRAL FOR COLLECTIONS

In the event that your insurance carrier pays less than the estimated amount, you are responsible for the unpaid balance

| CURRENT BALANCE | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | TOTAL BALANCE | INSURANCE EST. |
|---|---|---|---|---|---|
| 215.00 | 60.00 | 70.00 | 82.00 | 427.00 | 0.00 |

2   MAKE CHECKS PAYABLE TO:
    UNIVERSITY OF PENN DENTAL CARE NETWORK
    PAGE NUMBER: 1

PLEASE PAY THIS AMOUNT   427.00

6636*d14255-2*S5F0JTRSL003263



**UNIVERSITY OF PENNSYLVANIA**
**SCHOOL OF DENTAL MEDICINE**
4001 SPRUCE STREET
PHILADELPHIA, PA 19104

FORWARDING SERVICE REQUESTED    6636

PHONE: (610) 520-4544

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS
CARD NUMBER                           SIGNATURE CODE
SIGNATURE                             EXP DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 05/02/2007 | 212.00 | E52111 |

SHOW AMOUNT PAID HERE  $

========= ADDRESSEE: =========

RUSSELL O GOODMAN
206 S. 42ND ST.
APT. 1F
PHILADELPHIA, PA 19104-3557

========= REMIT TO: =========

UNIVERSITY OF PENNSYLVANIA
SCHOOL OF DENTAL MEDICINE
4001 SPRUCE STREET
PHILADELPHIA, PA 19104

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION | PATIENT | CHARGES | CREDITS |
|---|---|---|---|---|
| 04/01/2007 | Balance Forward | | 0.00 | |
| 04/25/2007 | Comprehensive oral evaluation | Russell | 30.00 | |
| 04/25/2007 | Intraoral-complete series (bw) | Russell | 50.00 | |
| * 04/03/2007 | Intraoral-periapical-1st film | Russell | 10.00 | |
| * 04/03/2007 | Limited (emerg) oral evaluation | Russell | 30.00 | |
| * 04/04/2007 | Extraction Erupted Tooth/roots | Russell | 60.00 | |
| * 04/18/2007 | Consultation-per session | Russell | 50.00 | |
| 04/03/2007 | Cash Payment- Thank You | | | -8.00 |
| 04/18/2007 | Credit Card Payment-Thank You | | | -10.00 |

* Indicates that insurance has been billed for the procedure.

In the event that your insurance carrier pays less than the estimated amount, you are responsible for the unpaid balance

| CURRENT BALANCE | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | TOTAL BALANCE | INSURANCE EST. |
|---|---|---|---|---|---|
| 212.00 | 0.00 | 0.00 | 0.00 | 212.00 | 0.00 |

2  MAKE CHECKS PAYABLE TO:
   UNIVERSITY OF PENN DENTAL CARE NETWORK
   PAGE NUMBER: 1

PLEASE PAY THIS AMOUNT    212.00

6636*d14252-2*52T0T5HA0003430