IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 481 |
| | ) | |
| | ) | JUDGE RONALD A.. GUZMAN |
| v. | ) | |
| | ) | |
| Chicago Police Officers V.C. VACCARO | ) | Magistrate Judge Ashman |
| Star # 9267, J. HATZEL, Star #11766, | ) | |
| JOHN DOE and PETER POE, CITY OF | ) | |
| CHICAGO, CTA agent GWENDOLYN | ) | |
| BEALS, and the CHICAGO TRANSIT | ) | Jury Demand |
| AUTHORITY, | ) | |
| | ) | |
| Defendants. | ) | |

CTA DEFENDANTS' NOTICE OF FILING

To: John L. Stainthorp          Timothy Swabb
    Joey L. Mogul               City of Chicago
    People's Law Office         30 N. LaSalle St., Ste. 1020
    1180 North Milwaukee Ave.   Chicago, Illinois 60602
    Chicago, Illinois 60622

PLEASE TAKE NOTICE that defendants Chicago Transit Authority ("CTA") and Gwendolyn Beals, by their attorney, have this day filed with the Clerk of the United States District Court for the Northern District of Illinois their Reply Memorandum in Further Support of their Motion to Dismiss, a copy of which is attached.


Dated: May 27, 2008             Respectfully submitted,

                                KAREN ROWAN
                                General Counsel
                                Chicago Transit Authority

(312) 681-3110
Attorney No.6195362             By:___/s/_____
Chicago Transit Authority              Barbara Smith
567 West Lake St.                      Managing Attorney
Chicago, Illinois 60661

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing, and Reply Memorandum in Further Support of Their Motion to Dismiss by Defendants Chicago Transit Authority and Gwendolyn Beals, copies of which are attached, to be electronically filed and disseminated, and to be sent by mail to the persons named in the Notice.

Dated:  May 27, 2008                                Signed:


                                                                   __/s/_____
                                                                   Barbara Smith
                                                                   Managing Attorney
                                                                   Chicago Transit Authority