UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Russell Goodman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 481 |
| | ) | |
| Chicago Police Officers V. C. Vaccaro, | ) | Judge Guzman |
| Star # 9267, J. Hatzel, Star # 11766, | ) | |
| John Doe and Peter Poe, the City of | ) | |
| Chicago, CTA agent Gwendolyn Beals | ) | |
| and the Chicago Transit Authority, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO FILE <u>INSTANTER</u> DEFENDANTS
HATZEL AND VACCARO'S ANSWER**

Defendants Joseph Hatzel and Victor Vaccaro, by their attorney, Alec M. McAusland, Senior Asst. Corporation Counsel, and with the agreement of plaintiff, by his counsel, John L. Stainthorpe, move this Honorable Court for leave to file <u>instanter</u> their answer, affirmative defense and jury demand in response to plaintiff's complaint. In support thereof, Hatzel and Vaccaro state as follows:

1. Hatzel and Vaccaro were served in this matter on April 15, 2008.

2. This file was assigned to undersigned counsel shortly before he left on a two week vacation, from May 13 to May 27. Undersigned counsel's attempt to meet with Hatzel and Vaccaro before departure was undermined by a failed attempt to notify Haztel and Vaccaro for a meeting. Undersigned counsel spoke with John L. Staintorpe, counsel for the plaintiff, who then agreed to extend Hatzel and Vaccaro's time to answer.

3. Hatzel and Vaccaro's answer is attached hereto as Exhibit A.

      4.      Counsel for plaintiff, agreed to this motion in a telephone conversation on May 3, 2008.

      WHEREFORE, Hatzel and Vaccaro respectfully pray that this Honorable Court enter an order granting them leave to file, instanter, their answer, affirmative defenses and jury demand.

      Respectfully submitted,

      /s/ *Alec M. McAusland*
      ALEC M. McAUSLAND
      Senior Asst. Corporation Counsel

30 North LaSalle, #1400
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 06202724

      **I, ALEC M. McAUSLAND, AN ATTORNEY,** do hereby certify that I have caused this to be served upon all represented parties via the CM/ECF electronic filing system this 3rd day of May, 2008.