UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Russell Goodman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 481 |
| | ) | |
| Chicago Police Officers V. C. Vaccaro, | ) | Judge Guzman |
| Star # 9267, J. Hatzel, Star # 11766, | ) | |
| John Doe and Peter Poe, the City of | ) | |
| Chicago, CTA agent Gwendolyn Beals | ) | |
| and the Chicago Transit Authority, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All parties who have appeared via CM/ECF

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANTS HATZEL AND VACCARO'S MOTION TO FILE INSTANTER THEIR ANSWER.**

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman or before such other judge sitting in his place, on the 10th day of June, 2008, at 9:30 a.m., and then and there present the attached motion.

   **I HEREBY CERTIFY** that I have caused the above notice and motion to be served upon all parties to this case via CM/ECF electronic notice.

   **DATED** this 3rd day of June, 2008.

                                                          Respectfully submitted,

                                                           /s/ *Alec M. McAusland*
                                                          ALEC M. McAUSLAND
                                                          Assistant Corporation Counsel

30 North LaSalle Street, #1400
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 06202724