IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 481 |
| | ) | |
| | ) | JUDGE RONALD A.. GUZMAN |
| v. | ) | |
| | ) | |
| Chicago Police Officers V.C. VACCARO Star # 9267, J. HATZEL, Star #11766, JOHN DOE and PETER POE, CITY OF CHICAGO, CTA agent GWENDOLYN BEALS, and the CHICAGO TRANSIT AUTHORITY, | ) ) ) ) ) ) ) | Magistrate Judge Ashman

Jury Demand |
| | ) | |
| Defendants. | ) | |

### CTA DEFENDANTS' NOTICE OF FILING AND OF MOTION

To: John L. Stainthorp          Timothy Swabb                    Alec M. McAusland
    Joey L. Mogul               City of Chicago                  City of Chicago
    People's Law Office         30 N. LaSalle St., Ste. 1020     30 N. LaSalle St.
    1180 North Milwaukee Ave.   Chicago, Illinois 60602          Suite 1400
    Chicago, Illinois 60622                                      Chicago, IL 60602


PLEASE TAKE NOTICE that defendants Chicago Transit Authority ("CTA") and Gwendolyn Beals, by their attorney, have this day filed with the Clerk of the United States District Court for the Northern District of Illinois their Motion to Allow Substitution of Counsel, a copy of which is attached.
PLEASE TAKE FURTHER NOTICE that the CTA Defendants will appear before the Honorable Judge Ronald A. Guzman on Tuesday June 17, 2008 at 9:30 a.m. and will then and there present their Motion to Allow Substitution of Counsel, a copy of which is attached.


Dated:  June 4, 2008          Respectfully submitted,

                              KAREN ROWAN
                              General Counsel
                              Chicago Transit Authority

(312) 681-3110
Attorney No.6195362           By:___/s/_____
Chicago Transit Authority          Barbara Smith
567 West Lake St.                  Managing Attorney
Chicago, Illinois 60661

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing and of Motion and CTA Defendants' Motion to Allow Substitution of Counsel, copies of which are attached, to be electronically filed and disseminated, and to be sent by mail to the persons named in the Notice.

Dated:  June 4, 2008                    Signed:


                                        __/s/_____
                                        Barbara Smith
                                        Managing Attorney
                                        Chicago Transit Authority