IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 481 |
| | ) | |
| | ) | JUDGE GUZMAN |
| v. | ) | |
| | ) | |
| Chicago Police Officers V.C. VACCARO Star # 9267, J. HATZEL, Star #11766, JOHN DOE and PETER POE, CITY OF CHICAGO, CTA agent GWENDOLYN BEALS, and the CHICAGO TRANSIT AUTHORITY, | ) ) ) ) ) ) ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

CTA DEFENDANTS' MOTION TO ALLOW
SUBSTITUTION OF COUNSEL

Defendants CHICAGO TRANSIT AUTHORITY and GWENDOLYN BEALS ("CTA Defendants") hereby move the Court for an order allowing substitution of counsel in this matter. In support of its motion, the CTA Defendants state as follows:

1. This action was filed on January 22, 2008 and attorney Barbara Smith of the CTA Law Department was assigned to this matter

2. MS. Smith is retiring from the CTA effective June 30, 2008.

3. Managing Attorney Kevin C. Rakers is concurrently filing his appearance on behalf of the CTA Defendants.

4. This motion is not presented in order to cause delay.

1

2

WHEREFORE, CTA Defendants respectfully requests that this Court allow Barbara Smith to withdraw her appearance in this matter.

        Respectfully submitted,

        KAREN ROWAN
        General Counsel
        Chicago Transit Authority


        By:_____/s/_____
            Barbara Smith
            Managing Attorney

Chicago Transit Authority
567 West Lake St.
Chicago, Illinois 60661
(312) 681-3110