IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RUSSELL GOODMAN<br><br>Plaintiff,<br><br>v.<br><br>Chicago Police Officers V.C. VACCARO Star # 9267, J. HATZEL, Star #11766, JOHN DOE and PETER POE, CITY OF CHICAGO, CTA agent GWENDOLYN BEALS, and the CHICAGO TRANSIT AUTHORITY,<br><br>Defendants. | ) | No. 08 cv 481<br><br>JUDGE RONALD A.. GUZMAN<br><br>Magistrate Judge Ashman<br><br>Jury Demand |

CTA DEFENDANTS' NOTICE OF FILING

To: John L. Stainthorp
Joey L. Mogul
People's Law Office
1180 North Milwaukee Ave.
Chicago, Illinois 60622

Timothy Swabb
City of Chicago
30 N. LaSalle St., Ste. 1020
Chicago, Illinois 60602

Alec M. McAusland
City of Chicago
30 N. LaSalle St.
Suite 1400
Chicago, IL 60602

PLEASE TAKE NOTICE that defendants Chicago Transit Authority ("CTA") and Gwendolyn Beals, by their attorney, have this day filed with the Clerk of the United States District Court for the Northern District of Illinois their attorney's Appearance, a copy of which is attached.

Dated: June 5, 2008

Respectfully submitted,

KAREN ROWAN
General Counsel
Chicago Transit Authority

By:___/s/________________________
Kevin C. Rakers
Managing Attorney

(312) 681-3110
Attorney No.6198418
Chicago Transit Authority
567 West Lake St.
Chicago, Illinois 60661

**CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing, and Appearance, copies of which are attached, to be electronically filed and disseminated, and to be sent by mail to the persons named in the Notice.

Dated: June 5, 2008

Signed:

__/s/___________________________
Kevin C. Rakers
Managing Attorney
Chicago Transit Authority