UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Russell Goodman, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Chicago Police Officers V.C. Vaccaro, Star # )<br>9267, J. Hatzel, Star # 11766, John Doe and )<br>Peter Poe, the City of Chicago, CTA agent )<br>Gwendolyn Beals and the )<br>Chicago Transit Authority, )<br>)<br>Defendants. ) | No. 08 C 481<br><br>Judge Guzman<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To: John Ladell Stainthorp  
People's Law Office  
1180 N. Milwaukee, 3rd Floor  
Chicago, IL 60622

Alec Meacham McAusland  
30 N. LaSalle St., Suite 1400  
Chicago, IL 60602

Kevin C. Rakers  
Chicago Transit Authority  
567 West Lake Street  
Chicago, IL 60661

**PLEASE TAKE NOTICE** that on the 14th day of August, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, defendant City of Chicago's Motion for Leave to Withdraw Counsel.

**PLEASE TAKE FURTHER NOTICE** that we will appear before the Honorable Ronald A. Guzman or any Judge or Magistrate Judge sitting in his place or stead on the 28th day of August, 2008 at 9:30 a.m., or as soon there after as counsel may be heard, in the courtroom

occupied by him in Room 1219, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the above referenced motion.

          Respectfully submitted,

          MARA S. GEORGES
          Corporation Counsel of
          the City of Chicago

          */s/ Timothy L. Swabb*
          TIMOTHY L. SWABB
          Assistant Corporation Counsel
          30 N. LaSalle Street, Suite 1020
          Chicago, IL 60602
          (312) 744-7630